UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HEATHER NOEL PEREZ,

        Defendant.
_____/

Case No. 2:21-cr-19

Hon. Paul L. Maloney
U.S. District Judge

## **ORDER OF DETENTION**

For the reasons stated on the record and pursuant to 18 U.S.C. § 3143(a)(1), the Defendant is remanded to the custody of the United States Marshals pending sentencing.

IT IS ORDERED.

Date: November 18, 2021        /s/ *Maarten Vermaat*
                                              MAARTEN VERMAAT
                                              UNITED STATES MAGISTRATE JUDGE